**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6084**

FREDERICK ANTHONY CARGILL,

                    Plaintiff – Appellant,

          v.

UNITED STATES OF AMERICA,

                    Defendant – Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  James A. Beaty, Jr., Chief District Judge.  (1:09-cv-00861-JAB-PTS)

Submitted:  August 6, 2010          Decided:  September 10, 2010

Before MOTZ, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Frederick Anthony Cargill, Appellant Pro Se.  Angela Hewlett Miller, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frederick Anthony Cargill appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his motion for a writ pursuant to 28 U.S.C. § 1651(a) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Cargill v. United States, No. 1:09-cv-00861-JAB-PTS (M.D.N.C. Dec. 30, 2009). We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2